UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  CV 15-04634-RAO                           Date:  March 30, 2016
Title:     Nadia Issa v. Carolyn W. Colvin

| | |
|---|---|
| Present: | The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE** |
| Gay Roberson | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| N/A | N/A |

**Proceedings:**     (In Chambers) **ORDER TO SHOW CAUSE RE DISMISSAL**

On June 18, 2015, Plaintiff Nadia Issa ("Plaintiff") filed her Complaint in this matter challenging the decision of the Commissioner denying her application for benefits. (Dkt. No. 1.) On February 24, 2016, the Commissioner Answered Plaintiff's Complaint and filed the Certified Administrative Record. (Dkt. Nos. 27-28.)

Pursuant to the Court's September 21, 2015, Order Regarding Further Proceedings, Plaintiff was granted "30 days after service of [the Commissioner's] responsive pleading … [to] serve and file a document entitled 'Memorandum in Support of Plaintiff's Complaint.'" (Order ¶ 5, Dkt. No. 14.) Thus, Plaintiff's memorandum was due on March 25, 2016. As of the date of this order, Plaintiff has not filed her memorandum.

IT IS THEREFORE ORDERED that Plaintiff must show cause, in writing, on or before **April 6, 2016**, why this action should not be dismissed due to her failure to diligently prosecute. Plaintiff may discharge her obligation to show cause under this order by filing her memorandum by the foregoing deadline. **Plaintiff's failure to show cause, or to file her memorandum, will result in a recommendation that this action be dismissed for failure to prosecute.**

    IT IS SO ORDERED.

                                                                                                :
                                                              Initials of Preparer       gr