EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
FRANCESCO P. BENAVIDES, CSBN 258924
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8978
    Facsimile: 415-744-0134
    Email: Francesco.Benavides@ssa.gov
Attorney for Defendant

FILED
CLERK, U.S. DISTRICT COURT
07/13/16
CENTRAL DISTRICT OF CALIFORNIA
BY: ____GR____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| NADIA ISSA, | Case No.: 15-cv-4634-RAO |
|     Plaintiff, | [ **JUDGMENT OF REMAND** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
|     Defendant. | |

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Stipulation to Remand) and to Entry of Judgment lodged concurrent with the lodging of the within Judgment of

1    Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
2    above-captioned action is remanded to the Acting Commissioner of Social Security
3    for further proceedings consistent with the Stipulation to Remand.
4
5    DATED:  July 13, 2016                    _____Rozella A. Oliver_____
6                                             HON. ROZELLA A. OLIVER
7                                             UNITED STATES MAGISTRATE JUDGE